# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Huntington Checking 3630 | 7,712.10 | 7,904.69 | | 7,904.69 | FA |
| 2. Huntington Checking - Payroll Account 3669 (u) | 5,079.61 | 2,990.10 | | 2,990.10 | FA |
| 3. MB Financial Bank N.A. - Aline Instant Funding Account *4973* | 3,857.24 | 0.00 | | 0.00 | FA |
| 4. 90 days old or less: 426,610.58 - 0.00 =  (u) | 426,610.58 | 544.78 | | 544.78 | FA |
| 5. Lot Office Furnishings including Executive Desks, Credenzas, Chairs, Tables, Bookcases, Side Tables, Wall Art **Minimal left, majority at old shop for new Tenants | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Lot Office Equipment, including Computers, Printers, Copiers, Phone System, Software, Desktop Items | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 Haulmark 36 ft 5th Wheel Trailer, Dual Axle, Rear Barn Doors, Side Single Door, VIN #16HG536226H148632 | 9,000.00 | 0.00 | | 0.00 | FA |
| 8. 2015 Utility 53 ft Dry Box Van Trailer, Dual Tandem Axles, Rear Barn Dors, Model 4000D-X, Composite VIN#1UYVS2532GG581809 | 28,500.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Haulmark 36 ft 5th Wheel Trailer, Dual Axle, Rear Barn Doors, Side Single Door, VIN #16HG536226H148632 | 9,500.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Freightliner Business Class M2, 6 Speed Manual Transmission, Single Tandem Axle, Stake Bed Truck. 21 ft Steel bed, Tommy gate Hydraulic Life, Mileage: 156,930 VIN #1FVACXDC67HZ20630 | 12,740.40 | 0.00 | | 0.00 | FA |
| 11. 2013 GMC 2500 Heavy Duty Sierra, Extended Cab Pickup Truck, Automatic 6.0L, V8 Engine, Interior Good, Exterior Good, Mileage: 109,585 VIN #1GT21ZCG0DZ255428 | 22,000.00 | 0.00 | | 0.00 | FA |
| 12. 2012 Chevrolet Volt, 4 Door Sedan, Automatic, Electric, Leather, Interior Good, Exterior Good Mileage: 80,038 VIN #1G1RB6E41CU103319 | 12,500.00 | 0.00 | | 0.00 | FA |
| 13. 2014 Chevrolet Express 2500 Van, Cargo Package, Automatic, 4.8L, V8 Engine, Bed Tool Boxes, Inteior Like New, Exterior Like New, Ladder Racks, Mileage: 41,060 VIN #1GCWFGCA1E1139262 | 14,700.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2001 Timberwolf 24 ft Dual Axle Enclosed Equipment Trailer with Drop Rear Door and Side Door. OH Plate TQW7627 - VIN #48fm282711006567 | 6,800.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Chevrolet 2500 Heavy Duty Silverado - Automatic, 6.0L, V8 Engine, Vortec Gas, Full Size Bed, Ladder Racdk, Mileage: 204,943 VIN #1GC2CVCG9BZ454980 | 21,200.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Hyundai, Model V12530152JSA, 53 ft Dry Box Van, Dual Tandem Axles, VIN #3H3V45320631138023 | 22,500.00 | 0.00 | | 0.00 | FA |
| 17. 2000 Great Dane, Model 7411TP-S, 53 ft Dry Box Van, Dual Tandem Axle, VIN #1GRAA0625YK235011 | 8,500.00 | 0.00 | | 0.00 | FA |
| 18. 1999 Stoughton Model AVW-535T-S-C-AR, 53 ft Dry Box Van, Dual Tandem Axle VIN #1DW1A5324XS310608 | 6,800.00 | 0.00 | | 0.00 | FA |
| 19. 1995 International Bucket Truck, Model 4900 DT466, 6-Speed Manual Transmission, Warner Service Bed, Holan 805B, 700lb capacity Bucket, Dual Rear Tires, Outriggers VIN #1HTSDAAN85H632765 | 24,000.00 | 0.00 | | 0.00 | FA |
| 20. 2005 Chevrolet 2500 Express Cargo Van, 6.0 L V8 OHv Engine, Mileage: 136,436 VIN #1GCGG25U551263944 | 5,200.00 | 0.00 | | 0.00 | FA |
| 21. 2009 Ford F250 Super Duty, Crew Cab, 4x4, 6.4L V8 Turbo Diesel Engine, Leather, Towing Package Mileage: 217,292.5 VIN#1FTSW21R39EA05533 | 22,000.00 | 0.00 | | 0.00 | FA |
| 22. 2012 Chevrolet Silverado 3500 Pick up Truck Mileage: 117,153 VIN #1GCNCPEX1CZ141820 | 21,000.00 | 0.00 | | 0.00 | FA |
| 23. 2012 Chevrolet 1500 Silverado Pickup Truck, 2 WD, 4.3L V6 OHV Engine, Mileage: 117,434 VIN #1GCNCPEX4CZ142086 | 21,000.00 | 0.00 | | 0.00 | FA |
| 24. 2012 Chevrolet 1500 Silverado Pickup Truck, 2 WD, 4.3L V6 OHV Engine, Mileage: 141,979 VIN #1GCNCPEX0CZ255937 | 21,000.00 | 0.00 | | 0.00 | FA |
| 25. 2013 Chevrolet Silverado 1500, Pickup Truck, 4x4 Mileage: 123,782 VIN#1GCNKPED5DZ371867 | 24,500.00 | 0.00 | | 0.00 | FA |
| 26. 2014 Chevrolet Cruze LS, 4 Door - DOES NOT RUN - Mileage: 83,979 VIN 1G1PA55SH8E7407566 | 5,000.00 | 0.00 | | 0.00 | FA |
| 27. 2016 Chevrolet Colorado, Extended Cab Pickup Truck, 4x4 Gas, 2.5 L L4 DOHC Engine, Mileage: 99,398 VIN #1GCHTBEA7G1115674 | 22,000.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28. 2009 Battery Powered Golf Carts, Cargo Boxes, Jasper Bodies Horns, LED Lights, No Brand Given. Bill of Sale Provided. | 8,400.00 | 0.00 | | 0.00 | FA |
| 29. 2000 Stoughton Semi Trailer 1 - VIN #ADW1A482XYS352477 | 6,000.00 | 0.00 | | 0.00 | FA |
| 30. 2014 Cheverolet Silverado C1500 Truck VIN #1GCVKREC3EZ139405 | 18,200.00 | 0.00 | | 0.00 | FA |
| 31. 2014 Chevrolet Cruze VIN #1G1PA5SH1E7315697 | 5,000.00 | 0.00 | | 0.00 | FA |
| 32. 2016 Utility Semi Trailer 4 VIN #1UYVS2532GG581809 | 20,000.00 | 0.00 | | 0.00 | FA |
| 33. 2003 Komatsu Model FG25ST-12, Forklift, LP, Tri-Mast, Side Shift, Hard Tire, OROPS 2000 lb Capacity, Hours: 9,217 - Serial #561340A | 7,900.00 | 0.00 | | 0.00 | FA |
| 34. 2001 JLG Model E300AJP, Motorized Lift - Max Height: 30 ft, Reach: 20 ft, 500 lb Capacity - Serial #0300060334 | 8,900.00 | 0.00 | | 0.00 | FA |
| 35. Burndy Model PAT750-LI Patriot, Crimping Tool | 4,700.00 | 0.00 | | 0.00 | FA |
| 36. Skyjack Model SJIII-3219, DC Electric Lift Max Height: 32 ft, Hard Tire - No Serial Number Visible | 8,000.00 | 0.00 | | 0.00 | FA |
| 37. Skyjack Model SJIII-4626, DC Electric Lift, Max Height: 26 ft, Hard Tire - No Serial Number Visible | 10,500.00 | 0.00 | | 0.00 | FA |
| 38. Dayton 9"x16" Metal Cutting Band Saw, Model 4YG31 - No Serial Number visible | 2,400.00 | 0.00 | | 0.00 | FA |
| 39. Current Tools Model 670, Screw Type Reel Stands (Quantity 4) - On trilers in file | 1,000.00 | 0.00 | | 0.00 | FA |
| 40. Rol-A-Lift Model M4, Moving Dolly 2000 lb Capacity Serial #40665 | 600.00 | 0.00 | | 0.00 | FA |
| 41. Rol-A-Lift Model M4, Moving Dolly - 2000 lb Capacity - Serial #40665 | 600.00 | 0.00 | | 0.00 | FA |
| 42. Millermatic Model 252, Welder on Cart w/Leads | 2,100.00 | 0.00 | | 0.00 | FA |
| 43. Lot Welding Equipment Including... Helmets, Brushes, Chippers | 600.00 | 0.00 | | 0.00 | FA |
| 44. Upright Cutting Torch Cart | 250.00 | 0.00 | | 0.00 | FA |

Case 1:19-bk-12929 Doc 88 Filed 07/28/22 Entered 07/28/22 10:29:38 Desc
Page 4 of 15

Page: 4

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 45. 5 ft x 10 ft Heavy Duty Steel Welding Table, 8" Shop Vise, Under Storage | 750.00 | 0.00 | | 0.00 | FA |
| 46. Rabbit Model HX-1290SE, Laser Engraver, Serial #10110518 | 3,000.00 | 0.00 | | 0.00 | FA |
| 47. S&A Model CW-5000, Industrial Chiller | 440.00 | 0.00 | | 0.00 | FA |
| 48. Matco (Red) 6 Drawer Rolling Tool Box, Full of Hand Tools | 1,900.00 | 0.00 | | 0.00 | FA |
| 49. Matco 5S (Green) 13 Drawer Tool Box with Upper Storage, Full of Hand Tools | 7,400.00 | 0.00 | | 0.00 | FA |
| 50. Craftsman 14 Drawer Rolling Tool Chest | 1,600.00 | 0.00 | | 0.00 | FA |
| 51. Louisville and Green Bull Fiberglass Laddres, Various Sizes (Quantity: 34) | 3,600.00 | 0.00 | | 0.00 | FA |
| 52. Large Pipe Carts, No Brand Visible (Quantity: 7) | 4,200.00 | 0.00 | | 0.00 | FA |
| 53. Greenlee Large Wire Carts, No Model # Visible (Quantity: 2) | 1,400.00 | 0.00 | | 0.00 | FA |
| 54. Rubbermaid Parts Carts (Quantity: 7) | 700.00 | 0.00 | | 0.00 | FA |
| 55. Knaack Model 139, Full Size Job Site Tool Boxes (Quantity: 21) | 12,000.00 | 0.00 | | 0.00 | FA |
| 56. Greenlee Model 5860 Bi-Fold Rolling Tool Cabinets (Quantity: 6) | 6,600.00 | 0.00 | | 0.00 | FA |
| 57. Greenlee Model 322316 Job Site Tool Boxes (Quantity: 2) | 1,000.00 | 0.00 | | 0.00 | FA |
| 58. Knaack Model 10405-96, 1/2 Size Job Site Tool Boxes with Drawers (Quantity: 4) | 900.00 | 0.00 | | 0.00 | FA |
| 59. Just Rite Model 25302, 30 Gallon Flammable Fluids Cabinet | 600.00 | 0.00 | | 0.00 | FA |
| 60. Miller Model CST250 Plasma Cutter | 2,200.00 | 0.00 | | 0.00 | FA |
| 61. Greenlee Model 1801 Mechanical Pipe Benders on Wheels (Quantity: 2) | 2,400.00 | 0.00 | | 0.00 | FA |
| 62. Current Mechanical Pipe Benders on Wheels | 1,100.00 | 0.00 | | 0.00 | FA |
| 63. Wacker Gas Powered Plate Compactor, withy Honda Model GX160 Engine Model WP-1550 | 1,500.00 | 0.00 | | 0.00 | FA |
| 64. Rigid Porta Pony, Portable Threaders with Tooling (Quantity: 7) | 5,200.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 65. Very Large lot of Hand Tools including: Greenlee Knock Outs, Milwaukee Porta-Band Saws, Hilti Fasteners, Greenlee Hydraulic Knock-out Sets, Greenlee Crimpers, Dewalt Drills, Milwaukee Right Angle Grinders, Dewalt Sanders, Greenlee 540-50 Fiberglass Fish Ta | 37,000.00 | 0.00 | | 0.00 | FA |
| 66. Rigid Model 535 Pipe Threaders on Stands with tooling (Quantity: 4) | 13,500.00 | 0.00 | | 0.00 | FA |
| 67. Tru-Weld TWE, 250 Stud Welder (Quantity: 5) | 2,000.00 | 0.00 | | 0.00 | FA |
| 68. A Lot: Greenlee and Current Manual Pipe Benders | 2,400.00 | 0.00 | | 0.00 | FA |
| 69. 5 ft Aluminum Dock Plate | 500.00 | 0.00 | | 0.00 | FA |
| 70. Rigid Model 535 Pipe Threader (Quantity: 2) | 9,000.00 | 0.00 | | 0.00 | FA |
| 71. Rikon Model 2020F Drill Press, Serial #140322T1029 - On trailer | 300.00 | 0.00 | | 0.00 | FA |
| 72. Matco Tool (Red) 6 Drawer Tool Chest, Full of Hand Tools, Lock-out sets, Small Fittings | 2,700.00 | 0.00 | | 0.00 | FA |
| 73. Jobox 1/2 Size Tool Box, Site Type | 450.00 | 0.00 | | 0.00 | FA |
| 74. Large Lot: Safety Harnesses, Belts, etc. | 2,100.00 | 0.00 | | 0.00 | FA |
| 75. Current Tool Model 77 Power Bender on Cart with Shoes | 3,600.00 | 0.00 | | 0.00 | FA |
| 76. Sections 4 ft x 10 ft x 12 ft Heavey Duty Pallet Racking with Wire Shelves (Quantity: 7) | 2,800.00 | 0.00 | | 0.00 | FA |
| 77. Sections Heavy Duty Parts Shelving (Quantity: 5) | 750.00 | 0.00 | | 0.00 | FA |
| 78. Canon Model IPF700 Plotter, Image Prograf | 2,400.00 | 0.00 | | 0.00 | FA |
| 79. Knaack 1/2 Size Site tool Box with Tools | 450.00 | 0.00 | | 0.00 | FA |
| 80. Panel Cart | 200.00 | 0.00 | | 0.00 | FA |
| 81. Duralast 3 1/4 Ton Floor Jack | 150.00 | 0.00 | | 0.00 | FA |
| 82. Diamond Plate Tool Box | 350.00 | 0.00 | | 0.00 | FA |
| 83. Greenlee Model 555CX Power Benders (Quantity 4) | 7,900.00 | 0.00 | | 0.00 | FA |

Case 1:19-bk-12929  Doc 88  Filed 07/28/22  Entered 07/28/22 10:29:38  Desc
Page: 6
Page 6 of 15

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 84. Ridgid Model 535 Threaders on Stand with Tooling (Quantity: 4) | 9,000.00 | 0.00 | | 0.00 | FA |
| 85. Skyjack model SJIII 3219 Scissor Lift | 8,000.00 | 0.00 | | 0.00 | FA |
| 86. Current Wire Cart | 450.00 | 0.00 | | 0.00 | FA |
| 87. Current Pipe Cart | 500.00 | 0.00 | | 0.00 | FA |
| 88. Generac Wheelhouse Model 5550 Gas Generator - On Kellogg Trailer | 600.00 | 0.00 | | 0.00 | FA |
| 89. Sky Jack Model 3226, Hard Tire, Electric Lift | 8,000.00 | 0.00 | | 0.00 | FA |
| 90. Greenlee Bi-Fold Site Tool Chest with small tools | 2,200.00 | 0.00 | | 0.00 | FA |
| 91. Large Lot: Fasteners and Hardware | 2,100.00 | 0.00 | | 0.00 | FA |
| 92. Lot: Block and Tackles, Chains, Cables | 600.00 | 0.00 | | 0.00 | FA |
| 93. Lot: Miscellaneous, including, Shop Vac, Pipe, Threaded Rods, etc. | 2,700.00 | 0.00 | | 0.00 | FA |
| 94. Lot: Miscellaenous, Including - Barrell Fan, Trash Receptacles, Wire, Fittings. | 600.00 | 0.00 | | 0.00 | FA |
| 95. Porter Cable Drill Press | 500.00 | 0.00 | | 0.00 | FA |
| 96. Greenlee Model 3048 Site Storage Box | 1,200.00 | 0.00 | | 0.00 | FA |
| 97. Hilti DPW 10, Water Supply for Core Drilling (Quantity: 2) | 500.00 | 0.00 | | 0.00 | FA |
| 98. Hilti DD100 Core Drill with Stand | 650.00 | 0.00 | | 0.00 | FA |
| 99. Current Reel Stands (Quantity: 4) | 1,500.00 | 0.00 | | 0.00 | FA |
| 100. Greenlee Reel Stands (Quantity: 2) | 1,000.00 | 0.00 | | 0.00 | FA |
| 101. Current Mantis Mobile Cable Pulling Package Model 204830CT, 8,000 lb Max Pulling Capacity, Steel Rolling Storage Case | 6,000.00 | 0.00 | | 0.00 | FA |
| 102. Greenlee Cable Puller, Heavy Duty, In Greenlee 2460 Steel Storage Case, No ID Number Visible | 6,300.00 | 0.00 | | 0.00 | FA |
| 103. Lot Pipe | 800.00 | 0.00 | | 0.00 | FA |

Case 1:19-bk-12929 Doc 88 Filed 07/28/22 Entered 07/28/22 10:29:38 Desc
Page 7 of 15

Page: 7

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 104. Troy Bilt 6250 Watt Gas Generator | 500.00 | 0.00 | | 0.00 | FA |
| 105. Skid Vanguard Scaffolding with Wheels and Warner Walk Boards | 1,400.00 | 0.00 | | 0.00 | FA |
| 106. Ingersoll Rang 5hp Horizontal Air Compressor, Model 2475 - Serial #7016514 - Back of Panel Shop | 1,300.00 | 0.00 | | 0.00 | FA |
| 107. Husqvarna 3300psi Gas Powered Pressur Washer - Broken | 250.00 | 0.00 | | 0.00 | FA |
| 108. Vermette 500lb Manual Lift | 1,100.00 | 0.00 | | 0.00 | FA |
| 109. 2008 Bobcat 2200 4x4 with Dump Bed, OROPS, Serial #RA0712-736888, Needs Upholstery Work on Seats | 8,900.00 | 0.00 | | 0.00 | FA |
| 110. 5500 lb Pallet Jack | 350.00 | 0.00 | | 0.00 | FA |
| 111. Heater 170T, Gas Bullet Heater - Broken ignitor | 150.00 | 0.00 | | 0.00 | FA |
| 112. Lot: Cooler and Ice Chests | 300.00 | 0.00 | | 0.00 | FA |
| 113. Shop Built Rolling Power Carts (Quantity: 2) | 7,500.00 | 0.00 | | 0.00 | FA |
| 114. Greenlee Manual Bender on Skid with Tooling | 2,200.00 | 0.00 | | 0.00 | FA |
| 115. Lot: Light Weight Scaffolding, Ridgid 40 Tri-Stand, 6 ft Screw Type Work Supports | 1,500.00 | 0.00 | | 0.00 | FA |
| 116. Sections 4 ft x 10 ft x 8 ft Heavy Duty Pallet Racking (Quantity: 4) | 1,600.00 | 0.00 | | 0.00 | FA |
| 117. Ammco Floor Mount 2-Post Lift, Model AC212SC, 12,000 lb capacity, Serial #P1009000000061028 | 4,700.00 | 0.00 | | 0.00 | FA |
| 118. Skyjack model SJIII 3219, Electric Lift - No serial number visible | 8,000.00 | 0.00 | | 0.00 | FA |
| 119. Delta Model 17-965, 17" Drill Press on Heavy Duty Stand | 600.00 | 0.00 | | 0.00 | FA |
| 120. Maytag Washer and Electric Dryer | 500.00 | 0.00 | | 0.00 | FA |
| 121. Lot: Use Furniture, Matresses, Box Springs, Sofas, Dresers, Recliners, Chairs, Head Boards, Coffee and End Tables, Lamps, Dining Tables and Chairs, Bookcases, Linens, Bed Frames, Dish Sets, Pots and Pans | 3,900.00 | 0.00 | | 0.00 | FA |
| 122. 3219 Lift, Skyjack | 8,000.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-12929 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | | | | Date Filed (f) or Converted (c): | 08/09/2019 (f) |
| | | | | | 341(a) Meeting Date: | 09/18/2019 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 11/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 123. Assets sold at auction | 0.00 | 421,361.00 | | 421,361.00 | FA |
| 124. Fraudulent Conveyance with American Management Services (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,156,839.93 | $442,800.57 | | $442,800.57 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Business has assets.  trucks and other business equipment
application to employ Goering & Goering 8/23/19
motion to allow Trustee to Incur Debt 8/23/19
hold 2004 for Laura Meyer to discuss assets and liabilities
contact Clinton County Fairgrounds to store all equipment
employ auctioneer to auction assets
attended auction held on 12/10/2019
Application to compromise with Huntington Bank filed
still in the process of collecting receivables
negotiations have been going on for over 1.5 years on a claim from the Dennis Group for $179820.41
confirming all assets have been administered
8/09/21 - Adversary with American Management Services for Fraudulent Conveyance
12/21/21 - Motion to Compromise with AMS for $10,000.00

Initial Projected Date of Final Report (TFR): 12/30/2020     Current Projected Date of Final Report (TFR): 08/31/2022

Trustee Signature:     /s/ ERIC W. GOERING, Trustee     Date: 07/26/2022

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513)621-0912
erictrustee@goering-law.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-12929  
Case Name: Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc.  
Taxpayer ID No: XX-XXX2216  
For Period Ending: 06/30/2022  

Trustee Name: ERIC W. GOERING, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0285  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/19 | 1 | Automated Control & Power Inc | Bank account | 1129-000 | $3,912.39 | | $3,912.39 |
| 08/29/19 | 1 | Automated Control & Power Inc | Bank account | 1129-000 | $3,992.30 | | $7,904.69 |
| 09/03/19 | 30001 | Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo, MI 49006 | Insurance for vehicles and assets | 2420-000 | | $2,964.00 | $4,940.69 |
| 09/05/19 | 30002 | Chart Brothers Transpot, LLC | securing vehicles Reversal name change | 2420-000 | | ($4,000.00) | $8,940.69 |
| 09/05/19 | 30003 | Lofton Division | securing vehicles Reversal | 2420-000 | | ($800.00) | $9,740.69 |
| 09/05/19 | 30002 | Chart Brothers Transpot, LLC | securing vehicles | 2420-000 | | $4,000.00 | $5,740.69 |
| 09/05/19 | 30003 | Lofton Division | securing vehicles | 2420-000 | | $800.00 | $4,940.69 |
| 09/05/19 | 30004 | Chart Brothers Transport, LLC | securing vehicles | 2420-000 | | $4,000.00 | $940.69 |
| 09/05/19 | 30005 | Lofton Division | securing vehicles | 2420-000 | | $800.00 | $140.69 |
| 09/30/19 | 2 | enervise | Account receivable | 1121-000 | $1,204.60 | | $1,345.29 |
| 10/03/19 | 2 | Comfort Systems USA<br>3680 Symmes Road<br>Hamilton, Ohio 45015 | Account receivable | 1121-000 | $797.10 | | $2,142.39 |
| 10/03/19 | 2 | Comfort Systems USA<br>3680 Symmes Road<br>Hamilton, Ohio 45015 | Account receivable | 1121-000 | $988.40 | | $3,130.79 |
| 10/23/19 | 30006 | Anchor Storage | storage fees | 2420-000 | | $910.00 | $2,220.79 |
| 11/05/19 | 30007 | Rachelle Smoker | gas to get one of the vehicles to the place of auction | 2420-000 | | $12.00 | $2,208.79 |
| 12/04/19 | 30008 | Insurance Partners<br>6190 Cochran Road #E<br>Solon, Ohio 44139 | Bond Policy | 2300-000 | | $12.00 | $2,196.79 |
| 12/20/19 | | Thompson Auctioneers, Inc | Inventory Sale | | $417,958.02 | | $420,154.81 |

Page Subtotals: $428,852.81 $8,698.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-12929 | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0285 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2216 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts    $420,157.40 | | | | |
| | | Thompson Auctioneers | Auctioneer Fee    ($2,199.38) | 3620-000 | | | |
| | 123 | | Assets sold at auction    $420,157.40 | 1129-000 | | | |
| 12/20/19 | 123 | Craftsman Electic, Inc | Inventory Sale | 1129-000 | $1,203.60 | | $421,358.41 |
| 12/23/19 | 30009 | Goering & Goering, LLC<br>220 W. Third Street<br>Cincinnati, Ohio 45202 | estate expense | 2420-000 | | $8,925.04 | $412,433.37 |
| 12/23/19 | 30010 | BMO Harris Bank<br>PO Box 71951<br>Chicago, IL 60694 | sale of vehicle | 4210-000 | | $14,500.00 | $397,933.37 |
| 12/23/19 | 30011 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | sale of vehicle | 4210-000 | | $13,765.65 | $384,167.72 |
| 12/23/19 | 30012 | Clinton County Agri. Society<br>958 W. Main Street<br>PO Box 29<br>Wilmington, Ohio 45177 | estate expense | 2410-000 | | $6,450.00 | $377,717.72 |
| 12/23/19 | 30013 | Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo, MI 49006 | Insurance | 2420-000 | | $9,888.19 | $367,829.53 |
| 12/23/19 | 30014 | City Service Logistics, Inc<br>1461 State Route 28<br>Loveland, Ohio 45140 | estate expense | 2410-000 | | $3,840.00 | $363,989.53 |
| 01/07/20 | 30015 | Frank McCullough Auctioneers | sale expenses<br>packing and moving expenses<br>for sale | 2420-000 | | $13,122.41 | $350,867.12 |
| 01/07/20 | 30016 | Walterman Reporting Services<br>6053 Gaines Road<br>Cincinnati, Ohio 45247 | Court Recorder | 3991-000 | | $150.00 | $350,717.12 |
| 03/16/20 | 30017 | NextStep Networking<br>4350 Glendale Milford Road<br>Suite 170<br>Cincinnati, Ohio 45242 | | 2690-000 | | $2,296.22 | $348,420.90 |

Page Subtotals:    $1,203.60    $72,937.51

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-12929 | Trustee Name: | ERIC W. GOERING, Trustee |
|---|---|---|---|
| Case Name: | Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0285 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2216 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/20 | 30018 | ADP, LLC<br>1851 N Resler Drive MS-100<br>El Paso, TX 79912 | payroll services | 2690-000 | | $625.50 | $347,795.40 |
| 06/23/20 | 30019 | Huntington National Bank<br>525 Vine Street, 14th Floor<br>Cincinnati, Ohio 45202 | sale proceeds to secure lender | 4210-000 | | $190,000.00 | $157,795.40 |
| 10/05/20 | 4 | State of Tennessee | state unemployment tax act overpayment | 1290-000 | $544.78 | | $158,340.18 |
| 12/09/20 | 30020 | SeibertKeck Insurance Partners<br>812 E Huron #280<br>Cleveland, Ohio 44115 | Bond Policy | 2300-000 | | $62.00 | $158,278.18 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.86 | $158,120.32 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $174.59 | $157,945.73 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $168.77 | $157,776.96 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $174.22 | $157,602.74 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $168.40 | $157,434.34 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $173.82 | $157,260.52 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $173.64 | $157,086.88 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.85 | $156,919.03 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $173.26 | $156,745.77 |
| | | | Page Subtotals: | | $544.78 | $192,219.91 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 19-12929 | Trustee Name: ERIC W. GOERING, Trustee |
| Case Name: Automated Control & Power, Inc. D.B.A. Acpi Systems, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0285 |
| | Checking |
| Taxpayer ID No: XX-XXX2216 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 06/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.48 | $156,578.29 |
| 12/06/21 | 30021 | SeibertLeck Insurance Partners<br>812 E Huron #280<br>Cleveland, Ohio 44115 | Bond Policy | 2300-000 | | $47.00 | $156,531.29 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.88 | $156,358.41 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.70 | $156,185.71 |
| 02/15/22 | 124 | American Management Services, Inc<br>8250 Exchange Drive, Suite 132<br>Orlando, FL 32809 | Fraudulent Conveyance | 1241-000 | $10,000.00 | | $166,185.71 |
| 02/16/22 | 30022 | SeibertKeck Insurance Partners<br>2950 W. Market Street<br>Akron, Ohio 44333 | Bond Policy | 2300-000 | | $47.00 | $166,138.71 |
| 02/17/22 | 30021 | SeibertLeck Insurance Partners<br>812 E Huron #280<br>Cleveland, Ohio 44115 | Bond Policy Reversal company did not receive the check that was sent on 12/6/21 | 2300-000 | | ($47.00) | $166,185.71 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.07 | $166,025.64 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.31 | $165,842.33 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.20 | $165,665.13 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.92 | $165,482.21 |

| | | |
|---|---|---|
| COLUMN TOTALS | $440,601.19 | $275,118.98 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $10,000.00 | $1,263.56 |

|  |  |  |
|---|---:|---:|
| Subtotal | $440,601.19 | $275,118.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $440,601.19 | $275,118.98 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0285 - Checking | $440,601.19 | $275,118.98 | $165,482.21 |
|  | $440,601.19 | $275,118.98 | $165,482.21 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,199.38 |
| Total Net Deposits: | $440,601.19 |
| Total Gross Receipts: | $442,800.57 |

Trustee Signature:   /s/ ERIC W. GOERING, Trustee   Date: 07/26/2022

ERIC W. GOERING, Trustee
220 W. THIRD STREET
Ste. 399
CINCINNATI, OH 45202

(513)621-0912
erictrustee@goering-law.com

Page Subtotals:  $0.00  $0.00